# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**FIRST TRINITY CAPITAL CORPORATION**                        **PLAINTIFF**

V.                                      **CIVIL ACTION NO. 2:12-CV-157-SA-SAA**

**CANAL INDEMNITY INSURANCE COMPANY**
**and CRUMP INSURANCE SERVICES, INC.**                      **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion entered this day, Defendants' Motions for Summary Judgment [52, 54] are GRANTED. Plaintiff First Trinity Capital Corporation has failed to establish a genuine issue of material fact entitling it to a trial on the merits. Judgment being hereby entered in favor of Defendants, this case is now CLOSED.

SO ORDERED AND ADJUDGED, this the 5th day of February, 2014.

                                                         /s/ Sharion Aycock
                                                         **UNITED STATES DISTRICT JUDGE**